IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| John Varvatos Enterprises, Inc. *et al.*, | : | Case No. 20-11043 (MFW) |
| | : | (Joint Administration) |
| Debtors. | : | |
| | | |
| Tessa Knox, individually and as the Certified Representative of the Class of Judgment Creditors, | : | |
| Plaintiff, | : | |
| | : | Adv. Proc. 20-50623-MFW |
| v. | : | |
| Lion/Hendrix Cayman Limited, | : | |
| Defendant. | : | |

**NOTICE OF FILING OF TRANSCRIPTS OF**
**KNOX V. JOHN VARVATOS ENTERPRISES, INC.**

**PLEASE TAKE NOTICE** that, attached hereto as Exhibits A-E are the transcripts of the proceedings found on the ECF docket in Knox v. John Varvatos Enterprises, Inc., Case No. 17-CIV-772 (GWG), S.D.N.Y.:

**EXHIBIT A: February 24, 2020 Transcript [Dist. Ct. Docket No. 338]**

**EXHIBIT B: February 25, 2020 Transcript [Dist. Ct. Docket No. 340]**

**EXHIBIT C: February 26, 2020 Transcript [Dist. Ct. Docket No. 342]**

**EXHIBIT D: February 27, 2020 Transcript [Dist. Ct. Docket No. 344]**

**EXHIBIT E: February 28, 2020 Transcript [Dist. Ct. Docket No. 346]**

26735595.1

Dated: July 7, 2020

/s/ Sean T. Greecher
Pauline K. Morgan, Esq. (No. 3650)
Sean T. Greecher, Esq. (No. 4484)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: pmorgan@ycst.com
   sgreecher@ycst.com

and

James L. Bromley, Esq. (*pro hac vice*)
Jonathan M. Sedlak, Esq. (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212)-558-4000
Email: bromleyj@sullcrom.com
   sedlakj@sullcrom.com

*Attorneys for Defendant Lion/Hendrix Cayman Limited*

26735595.1

2