IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>John Varvatos Enterprises, Inc., *et al.*,<br><br>        Debtors.[1] | Chapter 11<br><br>Case No. 20-11043 (MFW)<br><br>Jointly Administered |
| Tessa Knox, individually and as the Certified Representative of the Class of Judgment Creditors,<br>        Plaintiff,<br><br>    v.<br><br>Lion/Hendrix Cayman Limited,<br>        Defendant. | Adv. Proc. 20-50623 (MFW) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 10, 2020, AT 10:30 A.M. (ET)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: John Varvatos Enterprises, Inc. (3554); Lion/Hendrix Corporation (8784); and John Varvatos Apparel Corp. (3394). The Debtors' corporate headquarters and mailing address is 26 West 17th Street, 10th Floor, New York, NY 10011.

> THIS HEARING WILL BE HELD TELEPHONICALLY AND BY VIDEO.  All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 prior to the scheduled hearing. Only those parties that will be addressing the Court should appear by Zoom and CourtCall.
>
> PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.
>
> Topic: John Varvatos Enterprises Adv. 20-50623
>
> Time: July 10, 2020 10:30 AM Eastern Time (US and Canada)
>
> Join ZoomGov Meeting
>
> https://debuscourts.zoomgov.com/j/1603617940
>
> Meeting ID: 160 361 7940
>
> Password: 881264

ORAL ARGUMENT

1.  Defendant's Motion to Dismiss Complaint (A.D.I. 4, Filed 6/23/20).

    Responses Received:

    a)  Opposition of Plaintiff to Defendant's Motion to Dismiss the Complaint (A.D.I. 7, Filed 7/3/20).

    Related Pleadings:

    a)  Complaint (A.D.I. 1, Filed 6/8/20);

    b)  Memorandum in Support of Defendant's Motion to Dismiss (A.D.I. 5, Filed 6/23/20);

    c)  Notice of Hearing on Defendant's Motion to Dismiss Complaint (A.D.I. 9, Filed 7/6/20);

    d)  Notice of Filing of Transcripts of *Knox v. John Varvatos Enterprises, Inc.* (A.D.I. 10, Filed 7/7/10); and

    e)    Defendant's Reply Memorandum in Further Support of its Motion to Dismiss ([A.D.I. 11](A.D.I.%2011), Filed 7/8/20).

<u>Status</u>:  Oral argument is going forward.

Dated: July 8, 2020  
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

<u>*/s/  Matthew O. Talmo*</u>  
Derek C. Abbott (No. 3376)  
Matthew O. Talmo (No. 6333)  
Andrew R. Workman (No. 6710)  
1201 N. Market Street, 16th Floor  
P.O. Box 1347  
Wilmington, Delaware 19899-1347  
Telephone: (302) 658-9200  
Facsimile: (302) 658-3989  
dabbott@mnat.com  
mtalmo@mnat.com  
aworkman@mnat.com

*Counsel to the Debtors and Debtors in Possession*