# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Mary F. Walrath**
**#4**

Calendar Date: 07/10/2020
Calendar Time: 10:30 AM ET

Amended Calendar  Jul 10 2020 7:41AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10649960 | Derek C. Abbott | (302) 351-9357 ext. | Morris, Nichols, Arsht & Tunnell LLP | Debtor, John Varvatos Enterprises Inc. / LIVE |
| | | John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10706932 | Nicholas Baker | (212) 558-3503 ext. | Sullivan & Cromwell | Interested Party, Lion Capital / LISTEN ONLY |
| | | John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10709092 | Matthew Barr | (212) 310-8000 ext. | Weil Gotshal & Manges LLP | Interested Party, WHP Global / LIVE |
| | | John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10702400 | Benjamin Beller | (212) 558-4000 ext. | Sullivan & Cromwell | Defendant(s), Lion/Hendrix / LIVE |
| | | John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10709334 | Mark Billion | (302) 428-9400 ext. | Mark Billion Law | Creditor, Tessa Knox / LIVE |
| | | John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10708699 | Peg A. Brickley | (302) 521-2266 ext. | WSJ | Interested Party, WSJ / LISTEN ONLY |
| | | John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10702406 | James Bromley | (212) 558-4000 ext. | Sullivan & Cromwell | Interested Party, Lion Capital / LIVE |
| | | John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10700713 | Christopher A. Brown | (212) 558-3554 ext. | Sullivan & Cromwell, LLP | Interested Party, Lion/Hendrix / LIVE |
| | | John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10709077 | Mark D. Collins | (302) 651-7531 ext. | Richards, Layton & Finger, P.A. | Interested Party, WHP Global / LIVE |
| | | John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10704991 | Lee Diercks | (908) 431-2122 ext. | Clear Thinking Group LLC | Debtor, John Varvatos / LISTEN ONLY |
| | | John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10705024 | Mary Ann Domuracki | (212) 768-9660 ext. 214 | MMG Advisors Inc. | Debtor, John Varvatos / LISTEN ONLY |
| | | John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10660066 | William Dunnegan | (212) 332-8300 ext. | Dunnegan & Scileppi | Creditor, Tessa Knox / LIVE |
| | | John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10706810 | J. Cory Falgowski | (302) 830-2312 ext. | Burr & Forman LLP | Creditor, Wells Fargo Bank / LIVE |
| | | John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10707691 | Scott Flaherty | (212) 390-7822 ext. | Debtwire | Interested Party, Scott Flaherty / LISTEN ONLY |
| | | John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10708250 | Timothy Fox | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Timothy J. Fox / LIVE |
| | | John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10700609 | Sean Greecher | (302) 571-6557 ext. | Young, Conaway Stargatt & Taylor, LLP | Interested Party, Lion/Hendrix / LIVE |
| | | John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10710668 | Marie P. Hofsdal | (212) 421-4100 ext. | Pryor Cashman, LLP | Creditor, Gurhan New York Inc / LISTEN ONLY |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10709109 | Natasha S. Hwangpo | (212) 310-8715 ext. | Weil Gotshal & Manges LLP | Interested Party, WHP Global / LISTEN ONLY | |
| John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10702409 | Lyndon Lea | (310) 800-1000 ext. | Lion Capital | Debtor, John Varvatos Enterprises, Inc. / LISTEN ONLY | |
| John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10702414 | Mackenzie Maynard | (310) 800-1015 ext. | Lion Capital | Debtor, John Varvatos Enterprises, Inc. / LISTEN ONLY | |
| John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10704917 | Larry Meyer | (212) 812-8000 ext. | John Varvatos Enterprises, Inc. | Debtor, John Varvatos Enterprises, Inc. / LISTEN ONLY | |
| John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10700577 | Pauline K. Morgan | (302) 571-6707 ext. | Young, Conaway Stargatt & Taylor, LLP | Interested Party, Lion/Hendrix / LIVE | |
| John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10702412 | Matt Nordby | (310) 800-1000 ext. | Lion Capital | Debtor, John Varvatos Enterprises, Inc. / LISTEN ONLY | |
| John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10705035 | Andy Postal | (212) 768-9660 ext. | MMG Advisors Inc. | Debtor, John Varvatos Enterprises, Inc. / LISTEN ONLY | |
| John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10705180 | Paul Raffin | (212) 812-8000 ext. | John Varvatos Enterprises, Inc. | Debtor, John Varvatos Enterprises, Inc. / LISTEN ONLY | |
| John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10706823 | Brendan C. Recupero | (617) 880-3518 ext. | Riemer & Braunstein LLP | Bankruptcy Counsel, Wells Fargo Bank / LIVE | |
| John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10707010 | Donald Rothman | (617) 880-3556 ext. | Riemer & Braunstein, LLP | Bankruptcy Counsel, Wells Fargo Bank / LIVE | |
| John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10704742 | Jeremy W. Ryan | (302) 984-6108 ext. | Potter Anderson & Corroon LLP | Creditor, Official Committee of Unsecured Creditors / LIVE | |
| John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10705146 | Jacob Ryder | (302) 658-9200 ext. | Morris Nichols Arsht & Tunnell LLP | Debtor, John Varvatos Enterprises, Inc. / LISTEN ONLY | |
| John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10709142 | Thomas Schinckel | (718) 363-4882 ext. | Weil Gotshal & Manges LLP | Interested Party, WHP Global / LISTEN ONLY | |
| John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10700770 | Jonathan Sedlak | (212) 558-4000 ext. | Sullivan & Cromwell | Interested Party, Lion/Hendrix / LIVE | |
| John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10704850 | Matthew O. Talmo | (302) 658-9200 ext. | Morris Nichols Arsht & Tunnell LLP | Debtor, John Varvatos Enterprises, Inc. / LIVE | |
| John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10704900 | John Varvatos | (302) 658-9200 ext. | Morris Nichols Arsht & Tunnell LLP | Debtor, John Varvatos Enterprises, Inc. / LISTEN ONLY | |
| John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10704884 | Andrew Workman | (302) 658-9200 ext. 217 | Morris Nichols Arsht & Tunnell LLP | Debtor, John Varvatos Enterprises, Inc. / LISTEN ONLY | |
| John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10706681 | Angela Wu | (302) 658-9200 ext. | Morris Nichols Arsht & Tunnell LLP | Debtor, John Varvatos Enterprises, Inc. / LISTEN ONLY | |
| John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10705079 | Olga Yalkut | (212) 812-8098 ext. | John Varvatos Enterprises, Inc. | Debtor, John Varvatos Enterprises, Inc. / LISTEN ONLY | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| John Varvatos Enterprises, Inc. | 20-11043 | Hearing | 10704937 | Joseph Zorda | (718) 685-4696 ext. | John Varvatos Enterprises, Inc. | Debtor, John Varvatos Enterprises, Inc. / LISTEN ONLY |
| John Varvatos Enterprises, Inc. | 20-11043 (20-5062 3) | Hearing | 10704785 | Jason Adams | (212) 808-5056 ext. | Kelley Drye & Warren LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| John Varvatos Enterprises, Inc. | 20-11043 (20-5062 3) | Hearing | 10709664 | Joseph Farris | (302) 984-6128 ext. | Potter Anderson & Corroon LLP | Creditor, The Official Committee of Unsecured Creditors / LISTEN ONLY |
| John Varvatos Enterprises, Inc. | 20-11043 (20-5062 3) | Hearing | 10704813 | Maeghan J. McLoughlin | (212) 808-7911 ext. | Kelley Drye & Warren LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| John Varvatos Enterprises, Inc. | 20-11043 (20-5062 3) | Hearing | 10704759 | R. Stephen McNeill | (302) 984-6171 ext. | Potter Anderson & Corroon LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| John Varvatos Enterprises, Inc. | 20-11043 (20-5062 3) | Hearing | 10706689 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |