# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
|     John Varvatos Enterprises, Inc., *et al.*,[1] | ) Case No. 20-11043 (MFW) |
|     Debtors. | ) |
| Tessa Knox, individually and as the Certified Representative of the Class of Judgment Creditors, | ) ) ) ) |
|     Plaintiff, | ) |
|     v. | ) Adv. Proc. 20-50623 (MFW) |
| Lion/Hendrix Cayman Limited, | ) |
|     Defendant. | ) |

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: John Varvatos Enterprises, Inc. (3554); Lion/Hendrix Corporation (8784); and John Varvatos Apparel Corp. (3394). The Debtors' corporate headquarters and mailing address is 26 West 17th Street, 10th Floor, New York, NY 10011.

Official Form 417A (12/18)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   **Tessa Knox, individually and as the Certified Representative of the Class of Judgment Creditors**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   | For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
   |---|---|
   | ☑ Plaintiff | ☐ Debtor |
   | ☐ Defendant | ☐ Creditor |
   | ☐ Other (describe) _____ | ☐ Trustee |
   | | ☐ Other (describe) _____ |

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: **Order Dismissing Complaint**

2. State the date on which the judgment, order, or decree was entered: **July 10, 2020**

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **Debtors John Varvatos Enterprises, Inc.; Lion/Hendrix Corporation; John Varvatos Apparel Corp. (3394)**

   Attorney:
   Derek C. Abbott (No. 3376)
   Matthew O. Talmo (No. 6333)
   Andrew R. Workman (No. 6710)
   1201 N. Market Street, 16th Floor
   P.O. Box 1347
   Wilmington, Delaware 19899-1347

2. Party: **Defendant Lion/Hendrix Cayman Limited**

   Attorney:
   Pauline K. Morgan, Esq. (No. 3650)
   Sean T. Greecher, Esq. (No. 4484)
   YOUNG CONAWAY STARGATT & TAYLOR, LLP
   Rodney Square
   1000 North King Street
   Wilmington, Delaware 19801

   James L. Bromley, Esq.
   Jonathan M. Sedlak, Esq.
   SULLIVAN & CROMWELL LLP
   125 Broad Street
   New York, New York 10004

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Date: **July 10, 2020**

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

**Billion Law**
**1073 S. Governors Ave.**
**Dover, DE 19904**
**302.428.9400**
**markbillion@billionlaw.com**

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:**  If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]