# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br>     John Varvatos Enterprises, Inc., *et al.*,[1] <br>     Debtors. | ) <br> ) <br> ) Case No. 20-11043 (MFW) <br> ) <br> ) |
| Tessa Knox, individually and as the Certified Representative of the Class of Judgment Creditors, <br>     Plaintiff-Appellant, <br>     v. <br> Lion/Hendrix Cayman Limited, <br>     Defendant-Appellee. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Adv. Proc. 20-50623 (MFW) <br> ) <br> ) <br> ) |

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND A STATEMENT OF ISSUES

The Debtor sets forth the following Designation of Items to be included in the Record on Appeal of the *Order Dismissing Complaint* (Docket No. 16).

| Adversary Docket No. | Date Filed | Description |
|---|---|---|
| - | - | Docket |
| 1 | 6/8/20 | Complaint |
| 4 | 6/23/20 | Motion to Dismiss the Complaint |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: John Varvatos Enterprises, Inc. (3554); Lion/Hendrix Corporation (8784); and John Varvatos Apparel Corp. (3394). The Debtors' corporate headquarters and mailing address is 26 West 17th Street, 10th Floor, New York, NY 10011.

| 5  | 6/23/20 | Memorandum in Support of Defendant's Motion to Dismiss the Complaint |
|----|---------|----------------------------------------------------------------------|
| 7  | 7/3/20  | Opposition of Plaintiff to Defendant's Motion to Dismiss the Complaint |
| 9  | 7/6/20  | Notice of Hearing on Defendant's Motion to Dismiss Complaint |
| 10 | 7/7/20  | Notice of Filing of Transcripts of Knox v. John Varvatos Enterprises, Inc. |
| 11 | 7/8/20  | Defendant's Reply Memorandum in Further Support of its Motion to Dismiss |
| 13 | 7/8/20  | Notice of Filing of Additional Transcript of Knox v. John Varvatos Enterprises, Inc. |
| 16 | 7/10/20 | Order Dismissing Complaint |
| 17 | 7/10/20 | Notice of Appeal |

## Statement Regarding the Transcript

Pursuant to Rule 8009(b) of the *Federal Rules of Bankruptcy Procedure*, the Plaintiff-Appellant has requested a recording of the decision and will contact a court reporter and secure a transcript in the time period required.

## Statement of The Issues on Appeal

1. Did the Bankruptcy Court err as a matter of law in dismissing the Complaint in this adversary proceeding pursuant to Rule 7012(b)(6) of the *Federal Rules of Bankruptcy Procedure* based on its conclusion that the Complaint failed to state a claim on which relief could be granted?

2. Did the Bankruptcy Court abuse its discretion in dismissing the complaint with prejudice and denying Plaintiff's application for leave to replead?

Dated: July 10, 2020

BILLION LAW

/s/ Mark M. Billion
_____
Mark M. Billion, Esq. (DE Bar No. 5263)
1073 S. Governors Ave.
Dover, DE 19904
Tel: 302.428.9400
Email: markbillion@billionlaw.com

    -and-

William Dunnegan
Dunnegan & Scileppi LLC
350 Fifth Avenue
New York, NY 10118
Tel: 212.332.8300
Email: wd@dunnegan.com

*For the Plaintiff-Appellant*